NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIS WIRELESS TECHNOLOGY, LLC,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1858, 2022-1859

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00653, IPR2018-00655.

---

**JUDGMENT**

---

CHRISTOPHER GRANAGHAN, Nelson Bumgardner Conroy PC, Fort Worth, TX, argued for appellant. Also represented by BRENT N. BUMGARDNER, ROBERT DELAFIELD.

MICHAEL TYLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.   Also represented by PETER J. AYERS, MAI-TRANG DUC DANG, FARHEENA YASMEEN RASHEED.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.   *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2023
Date

Jarrett B. Perlow
Clerk of Court